# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Cenfin, LLC,** | ) |
|        **Plaintiff,** | ) |
|        v. | ) No. 16 C 9612 |
| **M2 nGage Group, Inc., f/k/a Roomlinx, Inc., et al,** | ) Judge Rebecca R. Pallmeyer |
|        **Defendant.** | ) |

## ORDER

Motion to file First Amended Complaint [52] granted without an appearance. This case is dismissed as against Defendants Aaron Dobrinsky and Christopher Broderick.

ENTER:

Dated: July 12, 2017

_____
REBECCA R. PALLMEYER
United States District Judge